IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

04 OCT 26 PM 3:17

U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| ISAAC WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 04-P-0789-M |
| ) | |
| DR. MARCUS LAWRENCE, ) | ENTERED |
| ) | OCT 2 6 2004 |
| Defendant. ) | |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on October 1, 2004, recommending that the defendant's motion for summary judgment be granted and this cause be dismissed with prejudice. No objections have been filed by any party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. The Court EXPRESSLY FINDS that there are no genuine issues of material fact and that the defendant is entitled to judgment as a matter of law. Accordingly, defendant's motion for summary judgment is due to be GRANTED and this action is due to be DISMISSED WITH PREJUDICE. A Final Judgement will be entered.

DATED this 26th day of October, 2004.

R. DAVID PROCTOR
UNITED STATES DISTRICT JUDGE

